UNITED STATES, Appellee

v

JAMES A. STATON, JR., Private, U. S. Army, Appellant

17 USCMA 238, 38 CMR 36

No. 20,315

August 25, 1967

Colonel *Daniel T. Ghent*, Captain *Stephen Arinson*, and Captain *Paul V. Melodia* were on the pleadings for Appellant, Accused.

Lieutenant Colonel *David Rarick*, Major *John F. Webb, Jr.*, and Captain *William R. Steinmetz* were on the pleadings for Appellee, United States.

Opinion of the Court

PER CURIAM:

This action involves the same question raised in United States v DuBay, 17 USCMA 147, 37 CMR 411. Pursuant to the holding in that case, the petition for review is granted; the decision of the board of review is reversed; and the record of trial is returned to the Judge Advocate General of the Army. The procedures outlined in *DuBay* should be followed.